**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Allergy Associates of the Palm Beaches, PA |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 59-2004475 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 840 US Hwy. 1, Ste. 235 <br> North Palm Beach, FL 33408 <br> Number, Street, City, State & ZIP Code <br><br> Palm Beach <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 1414 N. Flagler Drive, Suite 4100 West Palm Beach, FL 33401 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.pballergy.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Allergy Associates of the Palm Beaches, PA                          Case number (*if known*) _____
              Name

**7. Describe debtor's business**

    A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

    B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.

      _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

| Debtor | Allergy Associates of the Palm Beaches, PA | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Allergy Associates of the Palm Beaches, PA                         Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 11, 2024
               MM / DD / YYYY

**X** /s/  Alan Koterba _____        Alan Koterba _____
Signature of authorized representative of debtor        Printed name

Title   Member _____

**18. Signature of attorney**

**X** /s/ Malinda Hayes _____        Date   April 11, 2024 _____
Signature of attorney for debtor                              MM / DD / YYYY

Malinda Hayes 0073503 _____
Printed name

Law Offices of Malinda L Hayes _____
Firm name

378 Northlake Blvd Suite 218
North Palm Beach, FL 33408 _____
Number, Street, City, State & ZIP Code

Contact phone   (561) 537-3796 _____        Email address   malinda@mlhlawoffices.com _____

0073503 FL _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Allergy Associates of the Palm Beaches, PA

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 11, 2024      **X** /s/   Alan Koterba
                                                   Signature of individual signing on behalf of debtor

                                        Alan Koterba
                                        Printed name

                                        Member
                                        Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Allergy Associates of the Palm Beaches, PA |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALK -ABELLO INC 7806 Solutions Center Chicago, IL 60677 | customerservices@alk.net (800) 325-7354 | Trade debt | Disputed | | | $4,433.42 |
| American Express 20500 Belshaw Ave Carson, CA 90746 | (800) 917-8045 | Credit card purchases | | | | $8,446.04 |
| ASD Specialty Healthcare, Inc. PO Box 100741 Pasadena, CA 91189 | Carol Slocum cslocum@klehr.com (856) 486-6961 | Trade debt | Disputed | | | $582,638.62 |
| ASD Specialty Healthcare, Inc. PO Box 100741 Pasadena, CA 91189 | Carol Slocum cslocum@klehr.com (856) 486-6961 | UCC #202300803834 (filed 3/4/2023): Purported blanket lien on accounts receivable, inventory, FF&E, general intangibles | Disputed | $341,134.72 | $379,740.53 | $341,134.72 |
| Augmedix 111 Sutter Street, Suite 1300 San Francisco, CA 94104 | accountsreceivable@augmedix.com (510) 939-8400x831 | Trade debt | | | | $4,560.58 |
| Availity / Real Med PO Box 844793 Dallas, TX 75284 | providerinvoicing@availity.com (317) 814-6403 | Services | | | | $1,193.39 |
| Circassia PO Box 743841 Atlanta, GA 30374 | ar.us@niox.com (866) 275-6469 | Equipment rental | | | | $941.60 |
| Dr. Catalyst 3100 Carr 199, Ste. 202 San Juan, PR 00926 | Lissette Navares lissetten@drcatalyst.com (510) 628-6005 | Services | | | | $6,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    Allergy Associates of the Palm Beaches, PA
                    Name
Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greer Labs, Inc. PO Box 603081 Charlotte, NC 28260 | uscustomercare@stallergenesgreer.com (828) 754-5327 | Trade debt | | | | $13,335.17 |
| Henry Schein PO Box 371952 Pittsburgh, PA 15250 | custserv@henryschein.com (800) 472-4346 | Trade debt | | | | $1,695.57 |
| HTA - AW VICTOR FERRIS, LLC Attn: Chief Executive Officer 16435 N. Scottsdale Rd., Ste. 320 Scottsdale, AZ 85254 | | Rent | | | | $6,737.90 |
| Jubilant HollisterStier, LLC 14110 Collections Center Dr Chicago, IL 60693 | customerservice@hsallergy.com (800) 495-7437 | Services | Disputed | | | $5,938.91 |
| Mainbridge Health Partners LLC 30399 Chardon Ln Grayslake, IL 60030 | mlara@mainbridgehp.com (844) 523-9173 | Loan plus services | | | | $36,002.50 |
| Meditab Software PO Box 255687 Sacramento, CA 95865 | support@meditab.com (510) 201-0130 | Services | | | | $1,446.00 |
| Nextrust Inc. 1755 Prospector Ave, Suite 201 Park City, UT 84060 | accounting@billflash.com (435) 940-9123 | Services | | | | $959.30 |
| PRIORITY HEALTHCARE DISTRIBUTION, INC. DBA Curascript 255 Technology Park Lake Mary, FL 32746 | PHDCollections@curascript.com (877) 703-8266 | UCC # 20240095060X (filed 4/9/2024) | Disputed | $1,588,458.10 | $139,893.29 | $1,588,458.10 |
| Saxon Business Systems, Inc. Attn: Bankruptcy Management 10201 Centurion Pkwy. N. Ste. 100 Jacksonville, FL 32256 | service@customerfinancing.com (877) 661-2928 | 8 leased printers and copiers (Xerox and Brother Brand) per equipment finance leases from Saxon and Xerox | Disputed | $5,451.57 | $0.00 | $5,451.57 |
| Takeda 28499 Network Place Chicago, IL 60673 | Jessica Lee jessica.lee1@takeda.com (224) 940-1221 | Trade debt | Disputed | | | $431,922.00 |

Debtor  Allergy Associates of the Palm Beaches, PA                              Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Pension Studio 1226 Omar Road West Palm Beach, FL 33405 | info@thepensionstudio.com (561) 459-4871 | 401k administrator | Disputed | | | $1,343.44 |
| Truist Bank 125 Worth Ave Ste 100 Palm Beach, FL 33480 | egolden@burr.com (407) 540-6603 | UCC #201402272756 (filed 9/26/2014; continued); Blanket lien on Truist bank account, accounts receivable, FF&E, inventory, and general intangibles) | | $382,000.00 | $386,769.90 | $50,580.38 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Allergy Associates of the Palm Beaches, PA___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................  $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................  $ ___391,140.60_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................  $ ___391,140.60_

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ ___2,317,044.39_

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ _____0.00_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ ___1,111,028.80_

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                                                                                          $ ___3,428,073.19_

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Allergy Associates of the Palm Beaches, PA___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Regions Bank | Checking | 1892 | $15,885.33 |
| 3.2. | Truist | Checking | 4882 | $6,148.67 |
| 3.3. | Regions Bank | Checking | 1914 | $440.00 |
| 3.4. | Regions Bank | Savings | 1906 | $25,338.72 |
| 3.5. | Truist | Savings | 8763 | $880.70 |
| 3.6. | Truist | Checking | 0578 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| Debtor | Allergy Associates of the Palm Beaches, PA | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**5.**   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$48,693.42

---

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   Florida Power & Light

$368.00

Commercial Lease Rent Deposit
7.2.   Stein Real Estate Investments, LLC

$9,978.83

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.   The Doctor's Company (prepaid expense for months of April, May and June 2024; to be reduced monthly by services to be rendered)

$7,710.10

**9.**   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$18,056.93

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:    222,482.12    -    117,482.12   = ....
                              face amount          doubtful or uncollectible accounts

$105,000.00

11b. Over 90 days old:    191,403.10    -    161,403.10   =....
                          face amount          doubtful or uncollectible accounts

$30,000.00

**12.**   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$135,000.00

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    Allergy Associates of the Palm Beaches, PA _____    Case number *(If known)* _____
       Name

☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Medical Supplies, Office Supplies and Pharmacutial Inventory | 4/10/2024 | $0.00 | Recent cost | $30,075.25 |

| 23. | **Total of Part 5.** | $30,075.25 |
|---|---|---|
| | Add lines 19 through 22.   Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
  ☒ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☒ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☒ No
  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No.   Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.   Go to Part 8.
  ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See attached list | $0.00 | Replacement | $7,215.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See attached list - incudes office equipment, computer equipment and medical equipment | $0.00 | Replacement | $27,100.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   Allergy Associates of the Palm Beaches, PA _____   Case number *(If known)* _____
       Name

| 43. | **Total of Part 7.** | | $34,315.00 |
|---|---|---|---|

Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Curlin 6000 CMS, Zyno-800F Infusion pumps (x4), AC Adapter, Holster and Pole Clamps (leased per equipment finance agreement with IMS) | $0.00 | | Unknown |
| 8 leased printers and copiers (Xerox and Brother Brand) per equipment finance leases from Saxon and Xerox | $0.00 | | Unknown |

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|

Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

Debtor   Allergy Associates of the Palm Beaches, PA      Case number *(If known)* _____
Name

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.pballergy.com (domain and website) | $0.00 | | $5,000.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Patient information and medical records (healthcare regulatory law prohibits the sale of patients and receipt of compensation for patient referrals) | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** No value absent going concern sale | $0.00 | Going concern value | $120,000.00 |

66. **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.      | $125,000.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit** | |

Debtor    Allergy Associates of the Palm Beaches, PA                          Case number *(If known)*
                Name

**has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
         **every nature, including counterclaims of the debtor and rights to**
         **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership
         884,474 American Express Points (rewards issued to the
         individual card holders rather than the corporation; points
         may not be applied to reduce the account balance)                                                      $0.00

         Shareholder Note Receivable for $110,384.54 (accounting
         adjusting entry to balance books in 2020; not supported by
         written or oral loan agreement)                                                                              Unknown

         Healthcare Payor Agreements (Various insurance plans and
         insurance providers to be detailed on Schedule G) (Value
         exists in context of going concern sale and is included with
         estimate of Goodwill value)                                                                                  $0.00

78.    **Total of Part 11.**                                                                                          $0.00
         Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☒ No
         ☐ Yes

Debtor    Allergy Associates of the Palm Beaches, PA    Case number *(If known)* _____
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,693.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,056.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $135,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,075.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,315.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $125,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $391,140.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $391,140.60 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Schedule B #39 Office Furnishings**

| Description | Age/Condition | Amt | Qty | Unit $ | Total |
|---|---|---|---|---|---|
| various artwork pieces | | | 5 | $ 15.00 | $ 75.00 |
| L shaped large desk | | | 1 | $ 5.00 | $ 5.00 |
| Couch x2, chairs x 6, coffee table x1, framed pos | old (acquired with practice) | | 1 | $ 155.00 | $ 155.00 |
| fridge | good | 1 | 1 | $ 150.00 | $ 150.00 |
| Recliner chairs for infusion | 2010 (good) | 13 | 13 | $ 175.00 | $ 2,275.00 |
| desk chairs | good | 2 | 2 | $ 25.00 | $ 50.00 |
| 4-drawer filing cabinets | good | 3 | 3 | $ 25.00 | $ 75.00 |
| transport carts | good | 2 | 2 | $ 40.00 | $ 80.00 |
| desk | fair | 2 | 2 | $ 75.00 | $ 150.00 |
| metal file cabinet | good | 1 | 1 | $ 50.00 | $ 50.00 |
| rolling chairs | good | 4 | 4 | $ 35.00 | $ 140.00 |
| desk 1 | good | 1 | 1 | $ 100.00 | $ 100.00 |
| desk 1 | fair | 1 | 1 | $ 75.00 | $ 75.00 |
| chairs, black leather/metal | good | 13 | 13 | $ 25.00 | $ 325.00 |
| white coffee tables | good | 2 | 2 | $ 10.00 | $ 20.00 |
| white end table | good | 1 | 1 | $ 10.00 | $ 10.00 |
| metal file cabinets | good | 2 | 2 | $ 30.00 | $ 60.00 |
| chair | good | 1 | 1 | $ 15.00 | $ 15.00 |
| black leather chairs | good | 8 | 8 | $ 35.00 | $ 280.00 |
| desk 2 | fair | 1 | 1 | $ 75.00 | $ 75.00 |
| desk 2 with hutch | fair | 1 | 1 | $ 100.00 | $ 100.00 |
| book case | good | 2 | 2 | $ 25.00 | $ 50.00 |
| small wooden file cabinet | fair | 1 | 1 | $ 25.00 | $ 25.00 |
| Desk | fair | 1 | 1 | $ 75.00 | $ 75.00 |
| Fridge | excellent | 1 | 1 | $ 75.00 | $ 75.00 |
| large wood file cabinet | fair | 1 | 1 | $ 25.00 | $ 25.00 |
| wooden book shelves | fair | 2 | 2 | $ 5.00 | $ 10.00 |
| file cabinets | good | 2 | 2 | $ 25.00 | $ 50.00 |
| chairs | fair | 2 | 2 | $ 10.00 | $ 20.00 |
| chairs | good | 2 | 2 | $ 15.00 | $ 30.00 |
| metal file cabinet | good | 1 | 1 | $ 30.00 | $ 30.00 |
| wooden file cabinet | good | 1 | 1 | $ 25.00 | $ 25.00 |
| desk | fair | 1 | 1 | $ 50.00 | $ 50.00 |
| chair | good | 1 | 1 | $ 35.00 | $ 35.00 |
| fridges | good | 3 | 3 | $ 150.00 | $ 450.00 |
| chair | good | 1 | 1 | $ 25.00 | $ 25.00 |
| highrise chair | good | 1 | 1 | $ 15.00 | $ 15.00 |
| Table | good | 1 | 1 | $ 25.00 | $ 25.00 |
| chair | good | 1 | 1 | $ 25.00 | $ 25.00 |
| 2 chairs | fair | | 2 | $ 15.00 | $ 30.00 |
| 2 chairs | fair | | 2 | $ 15.00 | $ 30.00 |
| 2 chairs | good | | 2 | $ 15.00 | $ 30.00 |
| 2 chairs | fair | | 2 | $ 15.00 | $ 30.00 |
| Table | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Chair | fair | 2 | 2 | $ 15.00 | $ 30.00 |
| Rolling stool | fair | 1 | 1 | $ 20.00 | $ 20.00 |
| Table | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Chair | good | 2 | 2 | $ 15.00 | $ 30.00 |
| Rolling stool | good | 1 | 1 | $ 20.00 | $ 20.00 |
| Manual Scale | fair | 1 | 1 | $ 175.00 | $ 175.00 |
| Chair | good | 1 | 1 | $ 10.00 | $ 10.00 |
| Table | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Chair | good | 2 | 2 | $ 15.00 | $ 30.00 |
| Rolling stool | good | 1 | 1 | $ 20.00 | $ 20.00 |
| Table | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Chair | good | 2 | 2 | $ 15.00 | $ 30.00 |
| Rolling stool | fair | 1 | 1 | $ 25.00 | $ 25.00 |
| Desk | fair | 1 | 1 | $ 75.00 | $ 75.00 |
| Chair | good | 2 | 2 | $ 15.00 | $ 30.00 |
| Desk Chair | fair | 1 | 1 | $ 25.00 | $ 25.00 |
| Wood filing cabinet | good | 1 | 1 | $ 25.00 | $ 25.00 |

| Description | Age/Condition | Amt | Qty | Unit $ | Total |
|---|---|---|---|---|---|
| Fridge - small | fair | 1 | 1 | $ 50.00 | $ 50.00 |
| Chair | fair | 1 | 1 | $ 15.00 | $ 15.00 |
| Rolling chair | fair | 1 | 1 | $ 25.00 | $ 25.00 |
| Chair | good | 7 | 7 | $ 25.00 | $ 175.00 |
| Umbrella Stand | fair | 1 | 1 | $ 5.00 | $ 5.00 |
| Table | good | 1 | 1 | $ 25.00 | $ 25.00 |
| Higtop rolling chair | fair | 1 | 1 | $ 35.00 | $ 35.00 |
| Fridge - large | good | 1 | 1 | $ 150.00 | $ 150.00 |
| Chair | fair | 1 | 1 | $ 15.00 | $ 15.00 |
| Fridge - small | fair | 1 | 1 | $ 50.00 | $ 50.00 |
| | | | | Total | $ 7,215.00 |

Schedule B #41 Office equipment, computer and communication systems equipment, medical equipment

| Type | Description | Age/Condition | Amt | Qty | Unit $ | Total |
|------|-------------|---------------|-----|-----|--------|-------|
| computer | desktop computer | good | 1 | 1 | $ 125.00 | $ 125.00 |
| computer | desk tops with double screens | good | 3 | 3 | $ 150.00 | $ 450.00 |
| computer | desk tops | good | 2 | 2 | $ 125.00 | $ 250.00 |
| computer | desk top with large screen | good | 1 | 1 | $ 150.00 | $ 150.00 |
| Equipment | Fujitsu scannner | good | 1 | 1 | $ 650.00 | $ 650.00 |
| Equipment | phone | good | 2 | 2 | $ 75.00 | $ 150.00 |
| electronic | air purifier | excellent | 1 | 1 | $ 1,800.00 | $ 1,800.00 |
| electronics | printer-scanner | good | 1 | 1 | $ 1,500.00 | $ 1,500.00 |
| electronics | scanner desktops | good | 5 | 5 | $ 300.00 | $ 1,500.00 |
| Electronics | Dell laptop, model Yoga | 2022 (good condition) | 2 | 1 | $ 200.00 | $ 200.00 |
| Electronics | HP Tabets | 2020 (fair) | 6 | 2 | $ 150.00 | $ 300.00 |
| Electronics | flat screen tv 60" Visio | 2020 (good) | 2 | 1 | $ 100.00 | $ 100.00 |
| Electronics | TVs | 2018 | 5 | 5 | $ 50.00 | $ 250.00 |
| Electronics | desk tops computer | 2020 (fair) | 2 | 2 | $ 125.00 | $ 250.00 |
| Electronics | air purifier small | excellent | 1 | 1 | $ 175.00 | $ 175.00 |
| Electronics | phone | fair | | 1 | $ 75.00 | $ 75.00 |
| Electronics | fridge (small) | fair | 2 | 2 | $ 50.00 | $ 100.00 |
| Electronics | fridge (large) | good | 1 | 1 | $ 150.00 | $ 150.00 |
| electronics | Fridge | few years good | 1 | 1 | $ 125.00 | $ 125.00 |
| electronics | microwave | few years good | 1 | 1 | $ 20.00 | $ 20.00 |
| electronics | toaster | fair | 1 | 1 | $ 5.00 | $ 5.00 |
| electronics | shredder | fair | 1 | 1 | $ 15.00 | $ 15.00 |
| electronics | fridge large | good | 1 | 1 | $ 150.00 | $ 150.00 |
| electronics | fridge small | good | 1 | 1 | $ 125.00 | $ 125.00 |
| electronics | air purifier | good | 1 | 1 | $ 500.00 | $ 500.00 |
| electronics | laptop with mobile stand | good | 1 | 1 | $ 225.00 | $ 225.00 |
| electronics | desk top with speakers | good | 1 | 1 | $ 135.00 | $ 135.00 |
| electronics | computer speakers | good | 1 | 1 | $ 5.00 | $ 5.00 |
| electronics | desk top computer | good | 1 | 1 | $ 125.00 | $ 125.00 |
| electronics | lap top | good | 1 | 1 | $ 200.00 | $ 200.00 |
| electronics | lap top with stand | good | 1 | 1 | $ 225.00 | $ 225.00 |
| electronics | laptop with stand | good | 1 | 1 | $ 225.00 | $ 225.00 |
| electronics | laptop with stand | good | 1 | 1 | $ 225.00 | $ 225.00 |
| electronics | Printer | good | 1 | 1 | $ 250.00 | $ 250.00 |
| electronics | Desktop computer | good | 1 | 1 | $ 150.00 | $ 150.00 |
| electronics | Phone | good | | 1 | $ 75.00 | $ 75.00 |
| electronics | Laptop | good | 1 | 1 | $ 200.00 | $ 200.00 |
| electronics | Desktop computer | good | 1 | 1 | $ 150.00 | $ 150.00 |
| electronics | Phone | good | | 1 | $ 75.00 | $ 75.00 |
| electronics | Laptop | good | 1 | 1 | $ 200.00 | $ 200.00 |
| electronics | Phone | good | | 1 | $ 75.00 | $ 75.00 |
| Equipment | scale for OIT | good | 1 | | | $ - |
| Equipment | Blood pressure monitor  (XYZ Brand,  ABC Model | 2023 - like new | 2 | 2 | $ 300.00 | $ 600.00 |
| Equipment | Medical exam bed | old (acquired with pra | 1 | 1 | $ 275.00 | $ 275.00 |
| Equipment | freezers | good | 2 | 2 | $ 175.00 | $ 350.00 |
| Equipment | IV poles | good | 10 | 10 | $ 20.00 | $ 200.00 |
| Equipment | Laminar Flow hood | good | 1 | 1 | $ 1,800.00 | $ 1,800.00 |
| Equipment | Orbit shaker | fair | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | vital sign unit | good | 2 | 2 | $ 300.00 | $ 600.00 |
| Equipment | scale - standing | good | 1 | 1 | $ 225.00 | $ 225.00 |
| Equipment | minus 80 freezer | fair (needs repair) | 1 | 1 | $ 500.00 | $ 500.00 |
| Equipment | IV poles | good | 5 | 5 | $ 20.00 | $ 100.00 |
| Equipment | phlebotomy chair | good | 1 | 1 | $ 225.00 | $ 225.00 |
| Equipment | bed | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Equipment | BP cuff adult | good | 1 | 1 | $ 100.00 | $ 100.00 |
| Equipment | air purifier | good | 1 | 1 | $ 500.00 | $ 500.00 |
| Equipment | bed | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Equipment | scales | good | 1 | 1 | $ 225.00 | $ 225.00 |
| Equipment | AED | good | 1 | 1 | $ 600.00 | $ 600.00 |
| Equipment | Crash cart | fair | 1 | 1 | $ 80.00 | $ 80.00 |
| Equipment | nebulizer | good | 1 | 1 | $ 100.00 | $ 100.00 |

| Type | Description | Age/Condition | Amt | Qty | Unit $ | Total |
|---|---|---|---|---|---|---|
| Equipment | baby scale | good | 1 | 1 | $ 300.00 | $ 300.00 |
| Equipment | automatic BP machine | good | 1 | 1 | $ 600.00 | $ 600.00 |
| Equipment | infant cuff manual | fair | 1 | 1 | $ 45.00 | $ 45.00 |
| Equipment | adult cuff manual | good | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | IV pole | good | 1 | 1 | $ 20.00 | $ 20.00 |
| Equipment | microscope | good | 1 | 1 | $ 350.00 | $ 350.00 |
| Equipment | Sterilizing basin for nasal scope | good | 1 | 1 | $ 100.00 | $ 100.00 |
| Equipment | medicine swirler | good | 1 | 1 | $ 400.00 | $ 400.00 |
| Equipment | air purifier | good | 1 | 1 | $ 150.00 | $ 150.00 |
| Equipment | air purifier | good | 1 | 1 | $ 150.00 | $ 150.00 |
| Equipment | FENO | good | 1 | 1 | $ 850.00 | $ 850.00 |
| Equipment | Pulm One | good | 1 | 1 | $ 1,300.00 | $ 1,300.00 |
| Equipment | Tank of gas for Pulm One | good | 1 | 1 | $ 100.00 | $ 100.00 |
| Equipment | 1 bed | good | | 1 | $ 175.00 | $ 175.00 |
| Equipment | manual BP cuff | good | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | bed | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Equipment | manual BP cuff | good | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | nebulizer | good | 1 | 1 | $ 100.00 | $ 100.00 |
| Equipment | Bed | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Equipment | Manual BP cuff | good | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | nebulizer | good | 1 | 1 | $ 100.00 | $ 100.00 |
| Equipment | air purifier | good | 1 | 1 | $ 150.00 | $ 150.00 |
| Equipment | bed | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Equipment | nasal scope | good | 1 | 1 | $ 50.00 | $ 50.00 |
| Equipment | manual BP cuff | good | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | bed | good | 1 | 1 | $ 175.00 | $ 175.00 |
| Equipment | nebulizer | good | 1 | 1 | $ 100.00 | $ 100.00 |
| Equipment | manual BP cuff | good | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | air purifier | good | 1 | 1 | $ 150.00 | $ 150.00 |
| Equipment | pump | good | | 1 | $ 400.00 | $ 400.00 |
| Equipment | pump | good | | 1 | $ 400.00 | $ 400.00 |
| Equipment | pump | good | | 1 | $ 400.00 | $ 400.00 |
| Equipment | pump | good | | 1 | $ 400.00 | $ 400.00 |
| Equipment | Manual BP cuff | good | 1 | 1 | $ 125.00 | $ 125.00 |
| Equipment | Spirometer | good | 1 | 1 | $ 125.00 | $ 125.00 |

$ 27,100.00

**Fill in this information to identify the case:**

Debtor name    Allergy Associates of the Palm Beaches, PA

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** ASD Specialty Healthcare, Inc.<br>Creditor's Name<br><br>PO Box 100741<br>Pasadena, CA 91189<br>Creditor's mailing address<br><br>cslocum@klehr.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>8796 | **Describe debtor's property that is subject to a lien**<br>UCC #202300803834 (filed 3/4/2023): Purported blanket lien on accounts receivable, inventory, FF&E, general intangibles<br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $341,134.72 | $379,740.53 |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1: Truist, 2: ASD; 3: Curascript | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| **2.2** Integrated Medical System<br>Creditor's Name<br><br>594 Territorial Drive, Suite A<br>Bolingbrook, IL 60440<br>Creditor's mailing address<br><br>ccampos@integratedmedsys.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>2990 | **Describe debtor's property that is subject to a lien**<br>Curlin 6000 CMS, Zyno-800F Infusion pumps (x4), AC Adapter, Holster and Pole Clamps (leased per equipment finance agreement with IMS)<br><br>**Describe the lien**<br>Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Allergy Associates of the Palm Beaches, PA          Case number (if known) _____
        Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed |

---

**2.3** PRIORITY HEALTHCARE DISTRIBUTION, INC.
Creditor's Name
DBA Curascript
255 Technology Park
Lake Mary, FL 32746
Creditor's mailing address

PHDCollections@curascript.com
Creditor's email address, if known

Describe debtor's property that is subject to a lien
UCC # 20240095060X (filed 4/9/2024)

Describe the lien
Non-Purchase Money Security
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☒ Disputed |
| Specified on line 2.1 | |

$1,588,458.10   $139,893.29

---

**2.4** Saxon Business Systems, Inc.
Creditor's Name
Attn: Bankruptcy Management
10201 Centurion Pkwy. N. Ste. 100
Jacksonville, FL 32256
Creditor's mailing address

service@customerfinancing.com
Creditor's email address, if known

Describe debtor's property that is subject to a lien
8 leased printers and copiers (Xerox and Brother Brand) per equipment finance leases from Saxon and Xerox

Describe the lien
Purchase Money Security
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
4/03/2024
Last 4 digits of account number
0200

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☒ Disputed |

$5,451.57   $0.00

---

**2.5** Truist Bank
Creditor's Name

125 Worth Ave Ste 100
Palm Beach, FL 33480

Describe debtor's property that is subject to a lien
UCC #201402272756 (filed 9/26/2014; continued); Blanket lien on Truist bank account, accounts receivable, FF&E, inventory, and general intangibles)

$382,000.00   $386,769.90

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor    Allergy Associates of the Palm Beaches, PA
          _____          Case number (if known) _____
          Name

Creditor's mailing address

egolden@burr.com
_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

**Describe the lien**

Non-Purchase Money Security

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,317,044.39

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   Allergy Associates of the Palm Beaches, PA

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 6688<br>Tallahassee, FL 32314 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred<br>Notice Purposes Only | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service - NOTICE ONLY<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>ADT Security Services<br>PO Box 735633<br>Chicago, IL 60673 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $580.07 |
| Date(s) debt was incurred<br>Last 4 digits of account number  7505 | Basis for the claim:  Services<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | Allergy Associates of the Palm Beaches, PA | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Airgas USA, LLC
PO Box 734672
Port Aransas, TX 78373

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6442

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,433.42**

ALK -ABELLO INC
7806 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 2006

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,446.04**

American Express
20500 Belshaw Ave
Carson, CA 90746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 3014

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$582,638.62**

ASD Specialty Healthcare, Inc.
PO Box 100741
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 9601

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.58**

Augmedix
111 Sutter Street, Suite 1300
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,193.39**

Availity / Real Med
PO Box 844793
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services

**Last 4 digits of account number** 2780

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$941.60**

Circassia
PO Box 743841
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Equipment rental

**Last 4 digits of account number** 0408

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.22**

Comcast
PO Box 37601
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** utility

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Allergy Associates of the Palm Beaches, PA

    Name

Case number *(if known)*

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $712.50 |
|---|---|---|---|

Definiti
PO Box 95357
Grapevine, TX 76099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _services_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,000.00 |
|---|---|---|---|

Dr. Catalyst
3100 Carr 199, Ste. 202
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $784.99 |
|---|---|---|---|

Florida Power and Light
GENERAL MAIL FACILITY
Miami, FL 33188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,335.17 |
|---|---|---|---|

Greer Labs, Inc.
PO Box 603081
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _6486_

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,695.57 |
|---|---|---|---|

Henry Schein
PO Box 371952
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,737.90 |
|---|---|---|---|

HTA - AW VICTOR FERRIS, LLC
Attn: Chief Executive Officer
16435 N. Scottsdale Rd., Ste. 320
Scottsdale, AZ 85254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _April 2024_

**Basis for the claim:** _Rent_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Integrated Medical Systems, Inc.
Attn: Laura Sexton
594 Territorial Drive, Unit A
Bolingbrook, IL 60440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Equipment Finance Lease_

**Last 4 digits of account number** _2990_

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John Hancock
200 Berkeley Street
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _401k Payable_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor   Allergy Associates of the Palm Beaches, PA                    Case number *(if known)*
         Name

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,938.91 |

Jubilant HollisterStier, LLC
14110 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _8000_      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,002.50 |

Mainbridge Health Partners LLC
30399 Chardon Ln
Grayslake, IL 60030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan plus services_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,446.00 |

Meditab Software
PO Box 255687
Sacramento, CA 95865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $959.30 |

Nextrust Inc.
1755 Prospector Ave, Suite 201
Park City, UT 84060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.00 |

Nozzle Nolen PC
5400 Broadway
West Palm Beach, FL 33407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Option Care Health
11650 Miramar Pkwy. Ste. 100
Hollywood, FL 33025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Lease_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $144.85 |

Pitney Bowes
PO Box 981039
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Postage services_

**Last 4 digits of account number** _8840_      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Pulmone USA
2711 Centerville Rd
Wilmington, DE 19808

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor  Allergy Associates of the Palm Beaches, PA
      Name

Case number (if known) _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.73 |
|---|---|---|---|

3.26   **Nonpriority creditor's name and mailing address**
Pure Water Partners
PO Box 24445
Seattle, WA 98124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2213_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Water delivery service_

Is the claim subject to offset? ☒ No ☐ Yes

$41.73

---

3.27   **Nonpriority creditor's name and mailing address**
Smart Practice
3400 E. McDowell Road
Phoenix, AZ 85008

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8869_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services_

Is the claim subject to offset? ☒ No ☐ Yes

$314.00

---

3.28   **Nonpriority creditor's name and mailing address**
Takeda
28499 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

$431,922.00

---

3.29   **Nonpriority creditor's name and mailing address**
The Pension Studio
1226 Omar Road
West Palm Beach, FL 33405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0077_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _401k administrator_

Is the claim subject to offset? ☒ No ☐ Yes

$1,343.44

---

3.30   **Nonpriority creditor's name and mailing address**
WageWorks
PO Box 8363
Pasadena, CA 91109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0943_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services_

Is the claim subject to offset? ☒ No ☐ Yes

$500.00

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,111,028.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,111,028.80 |

**Fill in this information to identify the case:**

Debtor name   Allergy Associates of the Palm Beaches, PA

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract   _____ | See Schedule G Attachment |

**Schedule G Attachment**

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Address 1 | City | State | Zip | State what the contract or lease is for and the nature of the debtor's interest | Term remaining |
|------|------|------|------|------|------|------|------|
| 2.2 | ADT Security Services | PO Box 735633 | Chicago | IL | 60673 | security system | month to month |
| 2.3 | Aluna | 548 Market St, **74972** | San Francisco | CA | 94104 | software & services | Renews 8/1/2024 |
| 2.4 | AT&T | PO Box 6463 | Carol Stream | IL | 60197 | phone and internet | month to month |
| 2.5 | Augmedix | 111 Sutter Street, Suite 1300 | San Francisco | CA | 94104 | virtual scribe services | month to month |
| 2.6 | Availity / Real Med | PO Box 844793 | Dallas | TX | 75284 | software | month to month |
| 2.7 | Circassia | PO Box 743841 | Atlanta | GA | 30374 | Equipment rental | month to month |
| 2.8 | Comcast | PO Box 37601 | Philadelphia | PA | 19101 | phone and internet | month to month |
| 2.9 | Computer Mate | 4302 Hollywood Blvd, Suite | Hollywood | FL | 33021 | software | month to month |
| 2.10. | Definiti | PO Box 95357 | Grapevine | TX | 76099 | Pension Administrator | month to month |
| 2.11 | Dr. Catalyst | 3100 Carr 199, Ste. 202 | San Juan | PR | 92600 | benefits verification & billing | 1 month |
| 2.12 | FedEx | PO Box 660481 | Dallas | TX | 75266 | Shipping services | month to month |
| 2.13 | Florida Blue | PO Box 660299 | Dallas | TX | 75266 | Employee Health Insurance | month to month |
| 2.14 | Florida Power and Light | GENERAL MAIL FACILITY | Miami | FL | 33188 | Utility | month to month |
| 2.15 | HTA - AW Victor Ferris, LLC | 16435 North Scottsdale Roa | Scottsdale | AZ | 85254 | Victor Ferris Office Lease | Expires 5/31/24 |
| 2.16 | Integrated Medical System | 594 Territorial Drive, Suite A | Bolingbrook | IL | 60440 | Equipment finance lease | month to month |
| 2.17 | John Hancock | 200 Berkeley Street | Boston | MA | 02116 | 401k administrator | month to month |
| 2.18 | Kayla Aquilina (employee) | 134 Bayberry Cir | Jupiter | FL | 33458 | Employment Contract (P.A.) | month to month |
| 2.19 | Mainbridge Health Partners LLC | 30399 Chardon Ln | Grayslake | IL | 60030 | software | month to month |
| 2.20. | MG Hosting (ER Tech Pros) | PO Box 255687 | Sacramento | CA | 95865 | services | month to month |
| 2.21 | Nozzle Nolen PC | 5400 Broadway | West Palm Beach | FL | 33407 | Pest Control | month to month |
| 2.22 | Physicians Plus Answering Service | PO Box 498 | Young Harris | GA | 30582 | Answering Service | month to month |
| 2.23 | Pitney Bowes | PO Box 981039 | Boston | MA | 02298 | postage | month to month |
| 2.24 | Pure Water Partners | PO Box 24445 | Seattle | WA | 98124 | Water delivery | month to month |
| 2.25 | Seth Office Cleaning | 313 SW 14 Ave | Boynton Beach | FL | 33435 | Cleaning Services | month to month |
| 2.26 | Shannon Snyder (employee) | 2376 Palm Road | West Palm Beach | FL | 33406 | Employment Contract (P.A.) | month to month |
| 2.27 | ShredAssured | P.O. Box 231321 | Royal Palm Beach | FL | 33421 | document destruction | month to month |
| 2.28 | Stein Real Estate Investments, LLC | 2 Sheldrake Cir. | Palm Beach Garde | FL | 33418 | Office Lease NPB | Expires 10/1/24 |
| 2.29 | Stericycle | 28883 Network Place | Chicago | IL | 60673 | Bio waste disposal service | month to month |
| 2.30. | The Pension Studio | 1226 Omar Road | West Palm Beach | FL | 33405 | Retirement plan admin | month to month |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.31 | Uline | PO Box 88741 | Chicago | IL | 60680 | Shipping services | month to month |
| 2.32 | Unum | PO Box 406927 | Atlanta | GA | 30384 | Disability/Life/Dental Insurance | month to month |
| 2.33 | WageWorks | PO Box 8363 | Pasadena | CA | 91109 | COBRA Health Adminstrator | month to month |
| 2.34 | Webb CFO | 5100 North Branch Drive | Fort Worth | TX | 76132 | bookkeeping/accounting service | Expires 12/31/24 |
| 2.35 | Xerox Financial Services | PO Box 202882 | Dallas | TX | 75320 | Copier lease | Expires 8/10/2028 |
| 2.36 | IQVIA RDS Inc. c/o: drug DEV | 4820 Emperor Blvd. | Durham | NC | 27703 | GlaxoSmithKline drug trial | TBD (~ July 24) |

**Fill in this information to identify the case:**

Debtor name    Allergy Associates of the Palm Beaches, PA

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.2 | Alan Koterba, MD | 216 Shores Pointe Dr. Jupiter, FL 33458 | Truist Bank | ☒ D   2.5 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Alan Koterba, MD | 216 Shores Pointe Dr. Jupiter, FL 33458 | American Express | ☐ D _____ <br> ☒ E/F   3.4 <br> ☐ G _____ |
| 2.4 | Elena Perez, MD | 106 Rockingham Rd. Jupiter, FL 33458 | Truist Bank | ☒ D   2.5 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Elena Perez, MD | 106 Rockingham Rd. Jupiter, FL 33458 | American Express | ☐ D _____ <br> ☒ E/F   3.4 <br> ☐ G _____ |
| 2.6 | Mark Stein M.D. | 2 Sheldrake Circle Palm Beach Gardens, FL 33418 | ASD Specialty Healthcare, Inc. | ☐ D _____ <br> ☒ E/F   3.5 <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   Allergy Associates of the Palm Beaches, PA

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $796,020.55 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $4,825,677.78 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☐ Operating a business<br>          Rebate, Rent,<br>☒ Other   Research Studies | $37,270.59 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $5,940,975.76 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☐ Operating a business<br>          Rebate, Rent,<br>☒ Other   Research Studies | $212,712.72 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | Allergy Associates of the Palm Beaches, PA | Case number *(if known)* | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Curascript<br>PO Box 978510<br>Dallas, TX 75397 | 1/05/2024 to<br>02/06/2024 | $150,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Dr Catalyst<br>PO Box 2255436<br>Sacramento, CA 95865 | 01-22-2024 to<br>3-26-2024 | $23,274.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3. | Healthcare Realty - Victor Farris MOB<br>16435 North Scottsdale Road, Suite 320<br>Scottsdale, AZ 85254 | 1/31/2024 to<br>2/23/2024 | $13,475.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Lease payments_ |
| 3.4. | Stein Real Estate Investments LLC<br>2 Sheldrake Circle<br>Palm Beach Gardens, FL 33418 | 1/29/2024 to<br>3/28/2024 | $39,101.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Lease payments_ |
| 3.5. | Webb CFO Consulting, LLC<br>5100 North Branch Drive<br>Fort Worth, TX 76132 | 1/16/2024 to<br>4/9/2024 | $41,817.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | American Express<br>20500 Belshaw Ave<br><br>Carson, CA 90746<br>Personal Guarantee | Various<br>between<br>04/14/2023 to<br>3/6/2024 | $651,004.50 | Business Credit card Purchases |
| 4.2. | Truist Bank<br>125 Worth Ave Ste 100<br>Palm Beach, FL 33480<br>Personal Guarantee | Various<br>between<br>4/11/2023 to<br>3/28/2024 | $214,635.00 | Secured Line of Credit |

5. **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Allergy Associates of the Palm Beaches, PA        Case number *(if known)*_____

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Cash lost due to email scam from fraudster posing as vendor, Takada, directing Debtor to ACH payments to fraudster's account. Despite properly reporting claims and filing reports, neither Debtor's insurance nor vendor's insurance agreed to cover the loss. | 0 | 11/19/21 to 1/25/22 | $284,862.22 |

| Part 6: | Certain Payments or Transfers |
|---|---|

Debtor    Allergy Associates of the Palm Beaches, PA          Case number *(if known)*  _____

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Malinda L. Hayes 378 Northlake Blvd Suite 218 North Palm Beach, FL 33408 | $42,561.00 in payment of legal fees for services rendered and reimbursement of costs through 4/10/2024; plus $26,800 retainer for chapter 11 fees and costs | Various between 9/1/2023 and 4/10/2024 | $69,361.00 |
| | **Email or website address** malinda@mlhlawoffices.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | CONSORTIUM INDEPENDENT IMMUNOLOGY CLINIC P.O. Box 33883 Fort Worth, TX 76162 | 10,310 membership units    (9.05% membership interest) - exchanged for $150,000 cash payment | 3/25/24 | $150,000.00 |
| | **Relationship to debtor** None | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | Victor Farris Medical Office Building 1411 North Flager Drive Ste. 4100 West Palm Beach, FL 33401 | June 1, 2020 to Present |

Debtor    Allergy Associates of the Palm Beaches, PA            Case number *(if known)* _____

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.    Allergy Associates of the Palm Beaches<br>840 US Highway 1, Suite 235<br>North Palm Beach, FL 33408 | Allergy and Immunology outpatient services | N/A |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>840 US Highway 1, Suite 235 North Palm Beach, FL 33408-3340 | **How are records kept?**<br>*Check all that apply:*<br>☒ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Name, Address, Date of Birth and Social Security Numbers.

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| John Hancock | EIN: 59-2004475 |

Has the plan been terminated?
☒ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Allergy Associates of the Palm Beaches, PA    Case number *(if known)*

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Truist | Alan Koterba, M.D. 216 Shores Pointe Dr., Jupiter, FL 33458Elena Perez M.D.106 Rockingham Rd, Jupiter, FL 33458. | Organizational documents and other papers | ☐ No ☒ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage #25810 11655 US Highway 1 North Palm Beach, FL 33408 | Alan Koterba M.D. 216 Shores Pointe Dr. Jupiter, FL 33458 Elena Perez M.D. 106 Rockingham Rd, Jupiter, FL 33458 | Files | ☒ No ☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various Patients Address withheld as confidential medical information | 840 US HWY 1, Ste. 235 North Palm Beach, FL 33408 | 1088 of Vials of pre-mixed allergy shots, prepaid and belonging to 294 patients (no resale value) | Unknown |
| Elena Perez, M.D. 106 Rockingham Rd. Jupiter, FL 33458 | 840 US HWY 1, Ste. 235 North Palm Beach, FL 33408 | kids table + 4 chairs, artwork in playroom, 1 filing cabinet, 1 microscope, 1 scale for OIT | $500.00 |
| Mark Stein, M.D. 2 Sheldrake Circle Palm Beach Gardens, FL 33418 | 840 US HWY 1, Ste. 235 North Palm Beach, FL 33408 | Items:   5 framed artworks (in lobby) | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | Allergy Associates of the Palm Beaches, PA | Case number *(if known)* | |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   CONSORTIUM INDEPENDENT IMMUNOLOGY CLINIC<br>P.O. Box 33883<br>Fort Worth, TX 76162 | CONSORTIUM OF INDEPENDENT IMMUNOLOGY CLINICS, LLC is a purchasing group. Debtor sold its 9.05 membership interest in March 2024. | EIN:      46-3949337<br><br>From-To    2013 to Present |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Webb CFO Consulting, LLC<br>5100 N Branch Dr<br>Fort Worth, TX 76132 | June 2022 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    Allergy Associates of the Palm Beaches, PA                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1. DiSalvo & Associates<br>1760 N Jog Road, Ste. 150<br>West Palm Beach, FL 33411 | February 2024 to present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. Scott D. Small, CPA \| Director<br>TFG Related Entities - Fuoco Group<br>772 U.S. Higway 1 Ste 200<br>North Palm Beach, FL 33408 | 2022 to 2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Webb CFO Consulting, LLC<br>5100 N Branch Dr<br>Fort Worth, TX 76132 | |
| 26c.2. Scott D. Small, CPA \| Director<br>772 US Highway 1 Ste 200<br>North Palm Beach, FL 33408 | |
| 26c.3. DiSalvo & Associates<br>1760 N Jog Road, Ste. 150<br>West Palm Beach, FL 33411 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Truist Bank N.A.<br>125 Worth Ave Ste 100<br>Palm Beach, FL 33480 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No<br>
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. Elena Perez, M.D. | April 10th, 2024 | $30,075.25 (recent cost basis) |

| Name and address of the person who has possession of inventory records |
|---|
| Alan Koterba, M.D.<br>216 Shores Pointe Dr.<br><br>Jupiter, FL 33458 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Allergy Associates of the Palm Beaches, PA                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Alan Koterba, MD. | 216 Shores Pointe Dr. Jupiter, FL 33458 | President and Shareholder | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Elena Perez, M.D | 106 Rockingham Rd. Jupiter, FL 33458 | Vice-president and Shareholder | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Alan Koterba, M.D. 216 Shores Pointe Dr. 33458 | Salary $207,672.10; 401k $17,284.56 | April 11, 2023 to April 10, 2024 | Compensation for services |
| | **Relationship to debtor** President and Shareholder | | | |
| 30.2. | Elena Perez, M.D. 106 Rockingham Rd. Jupiter, FL 33458 | Salary: $207,692.10; 401k: $21,287.56 | April 11, 2023 to April 10, 2024 | Compensation for services |
| | **Relationship to debtor** Vice-president and Shareholder | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
| | |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor   Allergy Associates of the Palm Beaches, PA _____     Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 11, 2024 _____

/s/   Alan Koterba _____              Alan Koterba _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   Allergy Associates of the Palm Beaches, PA

Case No. _____

Debtor(s)

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alan Koterba, M.D.<br>216 Shores Pointe Dr.<br>Jupiter, FL 33458 | A - 413.5 shares | | Shareholder |
| Elena Perez, M.D.<br>106 Rockingham Road<br>Jupiter, FL 33458 | A - 413.5 shares | | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April 11, 2024

Signature   /s/  Alan Koterba
Alan Koterba

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   <u>Allergy Associates of the Palm Beaches, PA</u>        Case No.  <u>             </u>

                                           Debtor(s)            Chapter   <u>11           </u>

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>April 11, 2024</u>               <u>/s/  Alan Koterba</u>

                                                Alan Koterba/Member
                                                Signer/Title

ADT Security Services
PO Box 735633
Chicago, IL 60673


Airgas USA, LLC
PO Box 734672
Port Aransas, TX 78373


Alan Koterba, MD
216 Shores Pointe Dr.
Jupiter, FL 33458


ALK -ABELLO INC
7806 Solutions Center
Chicago, IL 60677


Aluna
548 Market St, 74972
San Francisco, CA 94104


American Express
20500 Belshaw Ave
Carson, CA 90746


ASD Specialty Healthcare, Inc.
PO Box 100741
Pasadena, CA 91189


AT&T
PO Box 6463
Carol Stream, IL 60197


Augmedix
111 Sutter Street, Suite 1300
San Francisco, CA 94104


Availity / Real Med
PO Box 844793
Dallas, TX 75284


Circassia
PO Box 743841
Atlanta, GA 30374


Comcast
PO Box 37601
Philadelphia, PA 19101


Computer Mate
4302 Hollywood Blvd, Suite 311
Hollywood, FL 33021


Definiti
PO Box 95357
Grapevine, TX 76099

Dr. Catalyst
3100 Carr 199, Ste. 202
San Juan, PR 00926


Elena Perez, MD
106 Rockingham Rd.
Jupiter, FL 33458


Florida Department of Revenue
Bankruptcy Unit P.O. Box 6688
Tallahassee, FL 32314


Florida Power and Light
GENERAL MAIL FACILITY
Miami, FL 33188


Greer Labs, Inc.
PO Box 603081
Charlotte, NC 28260


Henry Schein
PO Box 371952
Pittsburgh, PA 15250


HTA - AW VICTOR FERRIS, LLC
Attn: Chief Executive Officer
16435 N. Scottsdale Rd., Ste. 320
Scottsdale, AZ 85254


Integrated Medical Systems, Inc.
Attn: Laura Sexton
594 Territorial Drive, Unit A
Bolingbrook, IL 60440


Internal Revenue Service - NOTICE ONLY
P.O. Box 7346
Philadelphia, PA 19101


John Hancock
200 Berkeley Street
Boston, MA 02116


Jubilant HollisterStier, LLC
14110 Collections Center Dr
Chicago, IL 60693


Mainbridge Health Partners LLC
30399 Chardon Ln
Grayslake, IL 60030


Mark Stein M.D.
2 Sheldrake Circle
Palm Beach Gardens, FL 33418

Meditab Software
PO Box 255687
Sacramento, CA 95865


Nextrust Inc.
1755 Prospector Ave, Suite 201
Park City, UT 84060


Nozzle Nolen PC
5400 Broadway
West Palm Beach, FL 33407


Option Care Health
11650 Miramar Pkwy. Ste. 100
Hollywood, FL 33025


Pitney Bowes
PO Box 981039
Boston, MA 02298


PRIORITY HEALTHCARE DISTRIBUTION, INC.
DBA Curascript  255 Technology Park
Lake Mary, FL 32746


Pulmone USA
2711 Centerville Rd
Wilmington, DE 19808


Pure Water Partners
PO Box 24445
Seattle, WA 98124


Saxon Business Systems, Inc.
Attn: Bankruptcy Management
10201 Centurion Pkwy. N. Ste. 100
Jacksonville, FL 32256


Smart Practice
3400 E. McDowell Road
Phoenix, AZ 85008


Stericycle
28883 Network Place
Chicago, IL 60673


Takeda
28499 Network Place
Chicago, IL 60673


The Pension Studio
1226 Omar Road
West Palm Beach, FL 33405


Truist Bank
125 Worth Ave Ste 100
Palm Beach, FL 33480

```
Uline
PO Box 88741
Chicago, IL 60680


Unum
PO Box 406927
30384


WageWorks
PO Box 8363
Pasadena, CA 91109
```