UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

ALLERGY ASSOCIATES OF THE
PALM BEACHES, P.A.

Case No. 24-13485-MAM

Chapter 11(V)

_____Debtor._____/

**DEBTOR'S MOTION FOR ENTRY OF AN
ORDER AUTHORIZING DEBTOR TO ASSUME EXECUTORY CONTRACTS
TO BE ASSIGNED TO THE INSTITUTE FOR ASTHMA AND ALLERGY, P.C.**

**COMES NOW, DEBTOR**, ALLERGY ASSOCIATES OF THE PALM BEACHES, P.A. ("Debtor" or "AAPB") by and through the undersigned Counsel, ") hereby moves (the "**Motion**"), for the entry of an order (the "**Proposed Order**"), substantially in the form attached hereto as Exhibit A, pursuant to sections 105(a) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**") and rules 6004(h) and 6006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing the Debtor to assume all of Debtor's commercial payor agreements and federally funded health program payor agreements (the "**Provider Agreements**") identified on the attached Exhibit B and to assign them to The Institute for Asthma and Allergy, P.C. In further support of the Motion, the Debtor respectfully states as follows:

**JURISDICTION**

1. Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b), and the Debtor confirms that it consents to the entry of a final order or judgment by the Court in connection with this Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper before this Court pursuant to 28 U.S.C. §1408 and §1409.

3. The statutory and other predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 365 and Bankruptcy Rules 6004(h) and 6006.

## BACKGROUND

4. Debtor filed for chapter 11(V) bankruptcy relief on April 11, 2024 ("Petition Date"). Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, Debtor remains as a Debtor-in-Possession.

5. No Official Committee of Unsecured Creditors was appointed.

6. Debtor operates a small out-patient medical practice specializing in allergy and immunology, with two offices in Palm Beach, County, Florida. Dr. Alan Koterba and Dr. Elena Perez have owned and operated the Debtor since September 2018. Debtor's Tax ID is 59-2004475 and its NPI is 1720082753.

7. On May 1, 2024, Debtor filed its Motion to Approve Private Sale of Substantially All Assets Free and Clear of Liens, Claims and Encumbrances (ECF# 40) (the "Sale Motion"). As contemplated by the Sale Motion and the attached Term Sheet, Debtor seeks to sell substantially all of its assets to The Institute for Asthma and Allergy, P.C. ("IAA") or its affiliate. IAA's offer to purchase the Debtor's assets is contingent upon the assignment of the Provider Agreements to IAA or its affiliate.

8. IAA is a medical practice with offices in Maryland and Washington D.C. that specializes in allergy and immunology. IAA seeks to acquire Debtor's assets as a going concern to establish a practice in Palm Beach County, Florida. IAA is physician owned and licensed to practice medicine in Maryland, Washington D.C. and Florida.

9. Debtor identified all government and private insurance payors with which it does business and listed them on the attached Exhibit B. Debtor was unable to secure copies of a direct contract with each insurance payor listed on Exhibit B. In an abundance of caution, Debtor included every insurance provider it accepts on Exhibit B, even when Debtor may be out of network with no direct contract. Debtor does not seek through this Motion to assume or assign a contract that does not exist, but only to provide notice to all parties that may be impacted by the proposed sale and assignment.

**RELIEF REQUESTED**

10. By this Motion, the Debtor seeks authority to assume the Provider Agreements and establish that the cure costs associated therewith is $0.00 (the "**Cure Amount**").

11. If the counterparty to any Provider Agreement fails to timely object to the proposed assumption or Cure Amount by the objection deadline for this Motion, then it shall be deemed to have consented to such assumption or proposed Cure Amount. In the event of a dispute regarding (a) the Cure Amount, (b) the ability of Debtor to provide adequate assurance of future performance under the Provider Agreement, (c) the ability of Debtor to provide adequate assurance that it will promptly cure, or (d) any other matter pertaining to assumption or cure, then any cure payment required by Bankruptcy Code section 365(b)(1) shall be paid after the hearing on this Motion and pursuant to the entry of a final order resolving the dispute, approving the assumption, the cure amount, and method of paying the cure amount.

12. Assumption of the Provider Agreements shall result in the full release and satisfaction of any claims or defaults, whether monetary or nonmonetary, including defaults of provisions under the Provider Agreements at any time before the effective date of assumption. Any proofs of claim filed with respect to the Provider Agreements shall be deemed disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court.

**BASIS FOR RELIEF**

13. Bankruptcy Code section 365(a) provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease." 11 U.S.C. § 365(a). Courts routinely approve motions to assume executory contracts or unexpired leases upon a showing that the debtor's decision to take such action will benefit the debtor's estate and is an exercise of sound business judgment. *See In re TM Village, Ltd*., 598 B.R. 851, 859 (Bankr. N.D. Tex. 2019) (To satisfy the business judgment test respecting whether to assume executory contract or unexpired lease, the debtor must show that the proposed course of action will be advantageous to the estate and the decision is

based on sound business judgment).

14. Absent a showing of bad faith or an abuse of business discretion, the debtor's business judgment respecting whether to assume an executory contract or unexpired lease will not be disturbed. *Id.* The business judgment standard is highly deferential to the decisions of a debtor in possession with respect to whether to assume an executory contract or unexpired lease. *Id.* at 863.

15. Here, the assumption of the Provider Agreements, which is desired by IAA, is clearly a sound exercise of Debtor's business judgment. Based on its and IAA's review of the Provider Agreements, Debtor determined that assignment of the executory contracts is essential to the consummation of the sale. Furthermore, rejection of the Provider Agreements would provide no benefit to Debtor, the chapter 11 estate, or parties in interest, including IAA, and would be disruptive to the resolution of this Chapter 11 Case.

16. Additionally, there is no known or anticipated cure obligation associated with any Provider Agreement. Thus, the assumption imposes no monetary burden on the estates (or IAA). Because the assumption will only provide value and benefit, the Court should find the Debtor exercised sound business judgment.

17. Accordingly, Bankruptcy Code section 365 authorizes the assumption, and further assignment to IAA or its affiliate, of the Provider Agreements.

## RESERVATION OF RIGHTS

18. To the extent that any provider asserts a Cure Amount greater than $0.00, and such amount is determined by Debtor not to be in the best interests of the estate or any interested party, Debtor reserves the right to exclude such Provider Agreement from the requested relief.

19. The Debtor reserves all rights, claims and causes of action in connection with the Provider Agreements and the relief requested herein.

## NOTICE

20. Notice of this Motion will be provided to: (a) the Office of the United States Trustee;

(b) to all creditors with a purported security interest in the Debtor's assets; (c) the Florida State Attorney General; (d) the United States Attorney for the Southern District of Florida, attention Civil Process Clerk (e) the Attorney General of the United States at Washington, District of Columbia (f) counsel to IAA; (g) US Dept Health & Human Services Centers for Medicare & Medicaid Services; (h) Blue Cross Blue Shield of Florida (pursuant to the notice provisions set forth under its Provider Agreement); (i) Health Options, Inc. (pursuant to the notice provisions set forth under its Provider Agreement); (j) Cigna Healthcare of Florida, Inc. (pursuant to the notice provisions set forth under its Provider Agreement); (k) MultiPlan, Inc. (pursuant to the notice provisions set forth under its Provider Agreement); (l) Oscar Insurance Company of Florida and its affiliates (pursuant to the notice provisions set forth under its Provider Agreement); (m) United Healthcare (pursuant to the notice provisions set forth under its Provider Agreement); (n) the United States Trustee and the Subchapter V Tustee; (o) all payors identified on <u>Exhibit B</u>; and (p) any party who requested notice in this case.

21. The Debtor respectfully submits that, in light of the nature of the relief requested herein, no other or further notice need be given.

**WHEREFORE**, Debtor respectfully the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached as Exhibit A, granting the relief requested in this Motion and such other and further relief as may be just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A).

      LAW OFFICES OF MALINDA L. HAYES
      Attorneys for Debtor
      378 Northlake Blvd., Suite #218
      North Palm Beach, FL 33408
      (561) 537-3796
      malinda@mlhlawoffices.com

      By: */s/ Malinda L. Hayes, Esq*
          MALINDA L. HAYES, ESQ.
          Florida Bar No. 0073503

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

ALLERGY ASSOCIATES OF THE
PALM BEACHES, P.A.

Case No. 24−13485−MAM
Chapter 11(V)

Debtor.

**PROPOSED – Exhibit A**

_____/

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO ASSUME EXECUTORY CONTRACT TO BE ASSIGNED TO THE INSTITUTE FOR ASTHMA AND ALLERGY, P.C.

**THIS CAUSE** having come before the Court on May 29, 2024 at 1:30 p.m. on Debtor's Motion (ECF#__) for entry of an Order (i) authorizing the Debtor to assume the Provider Agreements, (ii) establishing the associated cure amount of $0.00, and (iii) grating certain related relief all as more fully set forth in the Motion; and upon the record of the hearing on the Motion, if any; the Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this

proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and the opportunity for a hearing on the Motion were adequate and appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and this Court having heard the statements in support of the relief requested therein, if necessary, at a final hearing before this Court; and this Court having reviewed the Motion and having and all objections, if any, to the Motion having been withdrawn, resolved or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED AND ADJUDGED THAT:**

1. The Motion [ECF#___] is GRANTED.

2. Pursuant to Bankruptcy Code section 365, the Debtor is hereby authorized to assume the Provider Agreements.

3. Each counterparty is deemed to have consented to the Cure Amount of $0.00, and assumption of the Provider Agreements hereby results in the full release and satisfaction of any claims or defaults arising under the Provider Agreements at any time before the date of the entry of this Order. Any party to a Provider Agreement is forever barred from raising or asserting against the Debtor or its estate any default or breach under, or any claim or loss arising under or related to any Provider Agreement that existed prior to the date of the entry of this Order.

4. The Debtor is authorized to assign the Provider Agreement to The Institute for Asthma and Allergy, P.C. and the Court hereby approves any designation of the Provider Agreements for assumption and assignment in accordance with Section ____ of the Asset Purchase Agreement that has been approved by separate order of this Court.

5. The Debtor is authorized to take all actions the Debtor deems necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. Notice of the Motion shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice or waived.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

**Order Submitted by:**
Malinda L. Hayes, Esq.
318 Northlake Blvd., #218
North Palm Beach, FL 33408
(561) 537-3796

Malinda L Hayes shall serve a conformed copy of this Order to all interested parties and file a Certificate of Service of same.

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Address 1 | City | State | Zip | Unique Provider ID Numbers |
|---|---|---|---|---|---|---|
| 2.37 | US Dept Health & Human Services Centers for Medicare & Medicaid Services | 7500 Security Boulevard | Baltimore | MD | 21244 | MEDICAID: GROUP 104036400;   DR. KOTERBA: 104042000; DR. PEREZ: 104042600 |
| 2.38 | 1199SEIU BENEFIT FUNDS | 330 WEST 42ND ST | New York | NY | 10036 | |
| 2.39 | 90 DEGREE BENEFITS | PO Box 928 | Findlay | OH | 45839 | |
| 2.40 | AARP MEDICARE SUPP PLANS | P.O. BOX 740819 | Atlanta | GA | 30374 | |
| 2.41 | AETNA INC. Attn: Legal | 151 Farmington Avenue | Hartford | CT | 6156 | |
| 2.42 | AETNA Better Health of Florida | PO Box 818043 | Cleveland | OH | 44181 | |
| 2.43 | AFLAC World Wide Attn: Legal | 1932 Wynnton Rd | Columbus | GA | 31999 | |
| 2.44 | Aftra Health Fund | 261 Medison Ave | New York | NY | 10016 | |
| 2.45 | AIG | PO Box 2409 | Florence | SC | 29503 | |
| 2.46 | ALIERA HEALTHCARE UNITY | PO BOX 16818 | Lubbock | TX | 79490 | |
| 2.47 | All State Benefits | P.O. Box 853916 | Richardson | TX | 75085 | |
| 2.48 | Allegiance (JOHN HOPKINS) | PO BOX 3018 | Missoula | MT | 59806 | |
| 2.49 | ALLIANCE | PO BOX 02459 | Detriot | MI | 48202 | |
| 2.50 | American Financial Life Ins. Co. | PO BOX 576 | Arnold | MD | 21012 | |
| 2.51 | American Life Insurance Co. | PO Box 30010 | Austin | TX | 78755 | |
| 2.52 | Amerihealth Administrators | 1900 Market St, Suite 500 | Philadelphia | PA | 19103 | |
| 2.53 | Amerihealth Caritas Florida | P.O. Box 7367 | London | KY | 40742 | |
| 5.54 | Atlantic Medical | PO Box 981628 | El Paso | TX | 79998 | |
| 2.55 | AvMed, Inc. | PO Box 569000 | Miami | FL | 33256 | PROVIDER NUMBER DR. KOTERBA: 360724; DR. PEREZ: 327546 |
| 2.56 | Bankers Life and Casualty | PO BOX 1935 | Carmel | IN | 46082 | |
| 2.57 | Blue Cross Blue Shield of Florida  Attn: Vice President for Network Management | 4800 Deerwood Campus Pkwy | Jacksonville | FL | 33246 | GROUP 21787; DR. KOTERBA: 1491D; DR. PEREZ: 29887 |
| 2.58 | BCBS Federal | PO BOX 2896 | Jacksonville | FL | 32232 | |

| | | | | | |
|---|---|---|---|---|---|
| 2.59 | Bind Benefits | PO BOX 211758 | Eagan | MN | 55121 |
| 2.60 | Blue Medicare RX Part D | P.O. Box 64813 | St. Paul | MN | 55164 |
| 2.61 | CHAMPVA | PO BOX 30780 | Tampa | FL | 33640 |
| 2.62 | Cigna Healthcare of Florida, Inc. | 1571 Sawgrass Corp. Pkwy  Ste 140 | Sunrise | FL | 33323 |
| 2.63 | Cigna FL Health Administrators | PO Box 188061 | Chattanooga | TN | 37422 |
| 2.64 | Community Care Life & Health | PO Box 176 | Tulsa | OK | 74101 |
| 2.65 | Community Care Plans | PO BOX 849029 | Hollywood | FL | 33084 |
| 2.66 | Constitution Life Insurance Co. | PO Box 130 | Pensacola | FL | 32591 |
| 2.67 | Continental General Insurance Co. | PO BOX 5710 | Scranton | PA | 18505 |
| 2.68 | Continental Life Insurance | P.O. Box 1188 | Brentwood | TN | 37024 |
| 2.69 | Coventry Health Care Of Florida | PO Box 7807 | London | KY | 40742 |
| 2.70 | Coventry Health PPO/OA | PO Box 7370 | London | KY | 40742 |
| 2.71 | Emblem Health Attn: Legal | 55 Water Street | New York | NY | 10041 |
| 2.72 | Everence | PO Box 483 | Goshen | IN | 46527 |
| 2.73 | Evolutions Healthcare Systems | PO Box 5001 | New Port Richey | FL | 34656 |
| 2.74 | First Choice Health Administrators | P.O. Box 12659 | Seattle | WA | 98111 |
| 2.75 | First Health Group Corp. | 10260 Meanley Dr | San Diego | CA | 92131 |
| 2.76 | Freedom Life | PO BOX 30541 | Salt Lake City | UT | 84130 |
| 2.77 | Govt Employees Hospital Assn. | PO Box 4665 | Independence | MO | 64051 |
| 2.78 | Genworth Life and Annuity | PO BOX 14770 | Lexington | KY | 40512 |
| 2.79 | Gerber Life | PO Box 2271 | Omaha | NE | 68103 |
| 2.80 | Globe Life Ins Co of NY | PO Box 8080 | McKinney | TX | 75070 |
| 2.81 | Golden Rule | PO BOX 31374 | Salt Lake City | UT | 84131 |
| 2.82 | Group Health Inc. Attn: Legal | 320 Westlake Ave N , Suite 100 | Seattle | WA | 98109 |
| 2.93 | Harvard Pilgrim Health Care | P.O. Box 699183 | Quincy | MA | 02269 |
| 2.84 | Health Partners | P.O. Box 1289 | Minneapolis | MN | 55440 |
| 2.85 | Health Plan Administrators | 54 Westchester Dr. Ste 20 | Austintown | OH | 44515 |
| 2.86 | HOP Admin | PO BOX 2921 | Clinton | IA | 52733 |
| 2.87 | Humana Inc. | 500 W. Main St. | Louisville | KY | 40202 |
| 2.88 | Imagine Health | PO BOX 749075 | Dallas | TX | 75374 |
| 2.89 | MedBen | PO Box 1099 | Newark | OH | 43058 |
| 2.90 | MEDICAID CROSSOVER | PO BOX 7074 | Tallahassee | FL | 32314 |
| 2.91 | Medicare Part B of Florida | PO Box 44117 | Jacksonville | FL | 32232 |
| 2.92 | Medicare Secondary | PO BOX 44078 | Jacksonville | FL | 32231 |

| # | Name | Address | City | State | Zip | Notes |
|---|---|---|---|---|---|---|
| 2.93 | MediShare | P.O. Box 120099 | Melbourne | FL | 32912 | |
| 2.94 | Meritian Health | PO Box 853921 | Richardson | TX | 75085 | |
| 2.95 | Molina Healthcare of Florida | 8300 NW 33rd St. Suite 400 | Miami | FL | 33122 | |
| 2.96 | MultiPlan, Inc.   Attn: Office of the President & CEO | 115 Fifth Ave | New York | NY | 10003 | |
| 2.97 | Mutual of Omaha | MUTUAL OF OMAHA PLAZA | Omaha | NE | 68175 | |
| 2.98 | NALC | 20547 Waverly Court | Ashburn | VA | 20149 | |
| 2.99 | Nassau RE | PO BOX 19017 | GREENVILLE | SC | 29602 | |
| 2.100 | New York State Crime Victim Svs. | 80 S. Swan St., 2nd Floor | Albany | NY | 12210 | |
| 2.101 | ONEPATH COPAY ASSISTANCE | PO BOX 2288 | MORRISTOWN | NJ | 07962 | |
| 2.102 | Oscar Insurance Company of Florida, Attn: Network Operations | 75 Varick St. 5th Floor | New York | NY | 10013 | PROVIDER NUMBER: DR KOTERBA: P4260784 DR. PEREZ: P5390780 |
| 2.103 | Oxford Health Plans | PO BOX 31386 | Salt Lake City | UT | 84131 | |
| 2.104 | Oxford Life | PO BOX 46518 | Madison | WI | 53744 | |
| 2.105 | Pan American Life Insurance Group | 601 Poydras St. | New Orleans | LA | 70130 | |
| 2.106 | Performance Health | PO BOX 450978 | Westlake | OH | 44145 | |
| 2.107 | Physicians United Plan | 8427 Southpark Cir. Ste 500 | Orlando | FL | 32819 | |
| 2.108 | PHCS | PO BOX 211609 | Eagan | MN | 55121 | |
| 2.109 | Prominence Health Plan Attn: Legal | 1155 S. Congress Ave. | West Palm Beach | FL | 33406 | |
| 2.110 | Railroad Medicare | PO Box 10066 | Augusta | GA | 30999 | PTAN: CB1995 |
| 2.111 | SAMBA | 11301 Old Georgetown Rd. | Rockville | MD | 20852 | |
| 2.112 | SEDWICK WTC | PO BOX 8021 | Dublin | OH | 43016 | |
| 2.113 | Simply Healthcare Plans | 9250 W. Flagler St., Ste 600 | Miami | FL | 33174 | |
| 2.114 | Standard Life and Accident | PO BOX 10546 | Springfield | MO | 65808 | |
| 2.115 | State Farm Insurance | PO Box 2360 | Newark | OH | 43058 | |
| 2.116 | Sunshine Health | P.O. Box 459087 | Fort Lauderdale | FL | 33345 | |
| 2.117 | TransAmerica Life Insurance Company | P.O. Box 3350 | Cedar Rapids | IA | 52406 | |
| 2.118 | Tricare c/o Humana Military  Attn: Legal | PO Box 2907 | Louisville | KY | 40201 | |
| 2.119 | Trustmark | P.O. BOX 2920 | Clinton | IA | 52733 | |
| 2.120 | United American Insurance Co. | P.O. Box 8080 | McKinney | TX | 75070 | |
| 2.121 | United Commercial Travelers | P.O. Box 159019 | Columbus | OH | 43215 | |

| | | | | | |
|---|---|---|---|---|---|
| 2.122 | UnitedHealthcare, Market VP MN101-D003 | 9700 Health Care Lane | Minnetonka | MN | 55343 |
| 2.123 | UniCare Attn: Legal | 233 S Wacker Drive | Chicago | IL | 60606  fax:855-362-3026 |
| 2.124 | UMWA Health and Retirement Funds | PO Box 292167 | Nashville | TN | 37229 |
| 2.125 | UPMC Health Plan | PO BOX 2999 | PITTSBURGH | PA | 15230 |
| 2.126 | WPS Health Solutions | 1717 W. Broadway, PO BOX 8190 | Madison | WI | 53708 |
| 2.127 | WellMed | P.O. BOX 400066 | San Antonio | TX | 78229 |
| 2.128 | Wellcare HMO, Inc. | PO Box 31372 | Tampa | FL | 33631 |
| 2.129 | Wellnet Healthcare | PO Box 46832 | Cincinnati | OH | 45246 |
| 2.130 | Health Options, Inc.   Attn: Vice President for Network Management | 4800 Deerwood Campus Pkwy. | Jacksonville | FL | 33246 |
| 2.131 | Longevity Health Plan of Florida, Inc. | 485 Madison Ave Ste 202 | New York | NY | 10022 |

Practice Tax ID: 59-2004475
Practice NPI: 1720082753